# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | |
|---|---|
| **GREG HARRISON, BRIAN THOMAS, SKIPPER THOMAS, JR., DAMON RYAN, BRIAN BILBO, JOHN LASALLE, MARC RACHAL, MARC RIGMAIDEN & WILLIS WILLIAMS** | **CIVIL CASE NO.: 2:20-CV-1199** |
| | **JUDGE DOUGHTY** |
| **VERSUS** | **MAGISTRATE JUDGE KAY** |
| **PHILLIPS 66 COMPANY & WESTLAKE CHEMICAL CORP.** | |

### CORPORATE DISCLOSURE STATEMENT OF PHILLIPS 66 COMPANY

Now into Court, through undersigned counsel, comes and appears Defendant, **PHILLIPS 66 COMPANY**, who, pursuant to the provisions of *Fed. R. Civ. Proc. 7.1*, submits the following Corporate Disclosure Statement:

Phillips 66 Company certifies that the following is a full and complete list of any parent corporation or publicly held corporation that owns 10% or more of the stock of Phillips 66 Company:

Phillips 66 Company is a wholly-owned subsidiary of Phillips 66 (NYSE: PSX). Phillips 66 Company is not publicly traded. No other publicly held entity holds more than a 10% interest in Phillips 66 Company.

Respectfully submitted,

**VEAZEY FELDER & RENEGAR**

/s/ G. Andrew Veazey
G. ANDREW VEAZEY #21929 T.A.
BRADFORD H. FELDER #25046
DONA K. RENEGAR #21834
Rebecca K. Bayless #32334
2 Flagg Place
Post Office Box 80948
Lafayette, Louisiana 70598-0948
Phone: (337) 234-5350
Fax: (337) 234-5310
Email: aveazey@vfrlawfirm.com

**ATTORNEYS FOR PHILLIPS 66 COMPANY**