UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**GREG HARRISON, ET AL.**      **CASE NO. 2:20-CV-01199**

**VS.**      **JUDGE TERRY A. DOUGHTY**

**PHILLIPS 66, ET AL.**      **MAG. JUDGE KATHLEEN KAY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Phillips 66 Company's Motion to Dismiss [Doc. No. 10] is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the claims of Marc Rachal, Marc Rigmaiden, and Willis Williams are **DISMISSED WITHOUT PREJUDICE**, as duplicative of other claims pending before this Court.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the claims of Greg Harrison, Brian Thomas, Skipper Thomas, Jr., Damon Ryan, Brian Bilbo, and John LaSalle against Phillips 66 are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Phillips 66 Company's Motion for Summary Judgment and Motion to Stay [Doc. 10] is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 24th day of May, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE